JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00238 PJH |
| v. | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(7)(A) and (B)(iv)) |
| XANH DANG HO, | |
| Defendant. | |

     On April 1, 2010, the defendant, Xanh Dang Ho, was indicted by the grand jury. On April 12, 2010, Defendant Ho was arraigned on the indictment and, with the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 12, 2010 to April 28, 2010. The parties agreed, and the Court found and held, as follows:

     1.    The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel so that defense counsel would have time to meet with their client and review newly-produced discovery, taking into account the exercise of due diligence.

     2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from April 12, 2010 to April 28, 2010, from Speedy Trial Act calculations

1  outweighs the interests of the public and the defendant to a speedy trial by allowing for the
2  defense attorneys to effectively represent their client, in accordance with 18 U.S.C. §
3  3161(h)(7)(A) and (B)(iv).
4       3.   Accordingly, with the consent of defendant's attorney, the Court ordered that the
5  period from April 12, 2010 to April 28, 2010 be excluded from Speedy Trial Act calculations,
6  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

        IT IS SO ORDERED.

        DATED:  April 13, 2010



        _____
        HON. DONNA M. RYU
        United States Magistrate Judge

[*United States v. Xanh Dang Ho*, CR 10-00238 PJH]
[Order Excluding Time]