1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  MAUREEN BESSETTE (NYSBN 2468254)
   Chief, Oakland Branch
4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, CA 94612
       Telephone: (510) 637-3717
7      Facsimile: (510) 637-3724

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                            OAKLAND DIVISION
12
   UNITED STATES OF AMERICA,        )   No. CR 10-00238 PJH
13                                  )
                                    )
14     v.                           )   [PROPOSED] ORDER EXCLUDING
                                    )   TIME FROM SPEEDY TRIAL ACT
15 XANH DANG HO,                    )   CALCULATION (18 U.S.C. §
   MINH DINH LE,                    )   3161(h)(7)(A) and (B)(iv))
16                                  )
       Defendants.                  )
17                                  )
   _____)
18

19      On April 28, 2010, Defendants Ho and Le appeared for a status conference and, with the

20 agreement of the parties, the Court enters this order documenting the exclusion of time under the

21 Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from April 28, 2010 to May 17, 2010.

22 The parties agreed, and the Court found and held, as follows:

23      1.      The parties agreed to the exclusion of time under the Speedy Trial Act to promote

24 continuity of counsel so that defense counsel would have time to meet with their clients and

25 review newly-produced discovery, taking into account the exercise of due diligence.

26      2.      Given these circumstances, the Court found that the ends of justice served by

27 excluding the period from April 28, 2010 to May 17, 2010 from Speedy Trial Act calculations

28 outweighs the interests of the public and the defendant to a speedy trial by allowing for the

[*United States v. Ho & Le*, CR 10-00238 PJH]
[Order Excluding Time]

1  defense attorneys to effectively represent their clients, in accordance with 18 U.S.C. §
2  3161(h)(7)(A) and (B)(iv).
3      3.    Accordingly, with the consent of defendant's attorneys, the Court ordered that the
4  period from April 28, 2010 to May 17, 2010 be excluded from Speedy Trial Act calculations,
5  pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).



7      IT IS SO ORDERED.

9  DATED: 4/30/2010
    HON. DONNA M. RYU
10     United States Magistrate Judge

[*United States v. Ho & Le*, CR 10-00238 PJH]
[Order Excluding Time]