JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00238 PJH |
| ) | |
| v. ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT |
| ) | CALCULATION (18 U.S.C. § |
| XANH DANG HO, ) | 3161(h)(7)(A) and (B)(iv)) |
| MINH DINH LE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

     On May 17, 2010, Defendants Ho and Le appeared for a status conference and, with the agreement of the parties, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), from May 17, 2010 to June 21, 2010. The parties agreed, and the Court found and held, as follows:

     1.     The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel so that defense counsel would have time to meet with their clients and review evidence, taking into account the exercise of due diligence.

     2.     Given these circumstances, the Court found that the ends of justice served by excluding the period from May 17, 2010 to June 21, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing for the

[*United States v. Ho & Le*, CR 10-00238 PJH]
[Order Excluding Time]

1 defense attorneys to effectively represent their clients, in accordance with 18 U.S.C. §
2 3161(h)(7)(A) and (B)(iv).
3     3.    Accordingly, with the consent of defendant's attorneys, the Court ordered that the
4 period from May 17, 2010 to June 21, 2010 be excluded from Speedy Trial Act calculations,
5 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

DATED: May 19, 2010

                                      LAUREL BEELER
                                      United States Magistrate Judge

[*United States v. Ho & Le*, CR 10-00238 PJH]
[Order Excluding Time]