JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0238 PJH |
| ) | |
| v. ) | ORDER EXCLUDING TIME FROM |
| ) | JULY 19, 2010 TO AUGUST 25, 2010 |
| XANH DANG HO, ) | FROM SPEEDY TRIAL ACT |
| MINH DINH LE, ) | CALCULATION (18 U.S.C. §§ |
| ) | 3161(h)(7)(A) and (B)(iv)) |
| ) | |
| Defendants. ) | |

On July 19, 2010, defendant, Minh Dinh Le, appeared for a status conference regarding case CR 10-0238 PJH. Defendant Xanh Dang Ho's presence was waived for the appearance. The Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from July 19, 2010 to August 25, 2010. The parties agreed, and the Court found and held, as follows:

1. The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel so that defense counsel would have time to meet with their client and review discovery, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from July 19, 2010 to August 25, 2010 from Speedy Trial Act calculations

[*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]

1  outweighs the interests of the public and the defendant to a speedy trial by allowing for the
2  defense attorneys to effectively represent their client, in accordance with 18 U.S.C. §§
3  3161(h)(7)(A) and (B)(iv).
4       3.    Accordingly, with the consent of defendant's attorney, the Court ordered that the
5  period from July 19, 2010 to August 25, 2010 be excluded from Speedy Trial Act calculations,
6  pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

     IT IS SO ORDERED.

DATED: 7/23/2010

                           HON. DONNA M. RYU
                           United States Magistrate Judge

*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]