MELINDA HAAG (CABN 132612)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

  1301 Clay Street, Suite 340S
  Oakland, CA 94612
  Telephone: (510) 637-3717
  Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0238 PJH |
|---|---|---|
| v. | ) ) ) | ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION |
| XANH DANG HO, MINH DINH LE, | ) ) ) | (18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)) |
| Defendants. | ) ) | |

On August 25, 2010, defendants, Xanh Dang Ho and Minh Dinh Le, appeared for a status conference in case CR 10-0238 PJH. The Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from August 25, 2010 to October 8, 2010. The parties agreed, and the Court found and held, as follows:

1. The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel so that defense counsel would have time to meet with their client and review newly-provided discovery consisting of detailed reports of the narcotics testing, taking into account the exercise of due diligence.

2. Given these circumstances, the Court found that the ends of justice served by excluding the period from August 25, 2010 to October 8, 2010 from Speedy Trial Act

1  calculations outweighs the interests of the public and the defendant to a speedy trial by allowing
2  for the defense attorneys to effectively represent their client, in accordance with 18 U.S.C. §§
3  3161(h)(7)(A) and (B)(iv).
4        3.      Accordingly, with the consent of defendants' attorneys, the Court ordered that the
5  period from August 25, 2010 to October 8, 2010 be excluded from Speedy Trial Act
6  calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

DATED:    8/27/2010

HON. DONNA M. RYU
United States Magistrate Judge

[*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]