MELINDA HAAG (CABN 132612)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA 94612
    Telephone: (510) 637-3717
    Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0238 PJH |
| | ) | |
| v. | ) | ORDER EXCLUDING TIME FROM |
| | ) | SPEEDY TRIAL ACT CALCULATION |
| XANH DANG HO, | ) | (18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)) |
| MINH DINH LE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On October 8, 2010, defendants, Xanh Dang Ho and Minh Dinh Le, appeared for a status conference in case CR 10-0238 PJH. The Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from October 8, 2010 to November 4, 2010. The parties agreed, and the Court found and held, as follows:

    1.    The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel so that defense counsel would have time to meet with their clients and complete their investigation and review of the evidence in the case, taking into account the exercise of due diligence.

    2.    Given these circumstances, the Court found that the ends of justice served by excluding the period from October 8, 2010 to November 4, 2010 from Speedy Trial Act

[*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]

1  calculations outweighs the interests of the public and the defendant to a speedy trial by allowing

2  for the defense attorneys to effectively represent their client, in accordance with 18 U.S.C. §§

3  3161(h)(7)(A) and (B)(iv).

4       3.       Accordingly, with the consent of defendants' attorneys, the Court ordered that the

5  period from October 8, 2010 to November 4, 2010 be excluded from Speedy Trial Act

6  calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

8

9       IT IS SO ORDERED.

10  DATED:   10/8/2010                              _____

11                                                  HON. DONNA M. RYU
                                                    United States Magistrate Judge

[*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]