MELINDA HAAG (CABN 132612)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 10-0238 PJH |
|---|---|---|
| v. | ) ) ) | [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)) |
| XANH DANG HO, MINH DINH LE, | ) ) ) ) | |
| Defendants. | ) ) | |

On November 4, 2010, defendants, Xanh Dang Ho and Minh Dinh Le, appeared for a status conference in case CR 10-0238 PJH. The Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from November 4, 2010 to December 7, 2010. The parties agreed, and the Court found and held, as follows:

    1.    The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel due to the scheduling availability of the attorneys in the case, and to allow the defense attorneys to research issues such as role adjustments, taking into account the exercise of due diligence.

    2.    Given these circumstances, the Court found that the ends of justice served by

[*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]

1 excluding the period from November 4, 2010 to December 7, 2010 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing for the defense attorneys to effectively represent their client, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3. Accordingly, with the consent of defendants' attorneys, the Court ordered that the period from November 4, 2010 to December 7, 2010 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: November 12, 2010

LAUREL BEELER
United States Magistrate Judge

[*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]