MELINDA HAAG (CABN 132612)
United States Attorney

MAUREEN BESSETTE (NYSBN 2468254)
Chief, Oakland Branch

CHRISTINA McCALL (CABN 234139)
Assistant United States Attorney

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3717
   Facsimile: (510) 637-3724

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0238 PJH |
| ) | |
| v. ) | ORDER EXCLUDING TIME FROM DECEMBER 7, 2010, TO FEBRUARY 2, 2011, FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv)) |
| XANH DANG HO, ) MINH DINH LE, ) | |
| ) | |
| Defendants. ) | |

     On December 7, 2010, defendants, Xanh Dang Ho and Minh Dinh Le, appeared for a status conference in case CR 10-0238 PJH.  The Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B), from December 7, 2010 to February 2, 2011. The parties agreed, and the Court found and held, as follows:

     1.     The parties agreed to the exclusion of time under the Speedy Trial Act to promote continuity of counsel so that defense counsel would have time to meet with their clients and complete their investigation and review of the evidence in the case, taking into account the exercise of due diligence, and the availability of the defense attorneys.

     2.     Given these circumstances, the Court found that the ends of justice served by

[*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]

excluding the period from December 7, 2010 to February 2, 2011 from Speedy Trial Act calculations outweighs the interests of the public and the defendant to a speedy trial by allowing for the defense attorneys to effectively represent their client, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

3. Accordingly, with the consent of defendants' attorneys, the Court ordered that the period from December 7, 2010 to February 2, 2011 be excluded from Speedy Trial Act calculations, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: __12/7/2010__

_____
HON. DONNA M. RYU
United States Magistrate Judge

[*United States v. Ho & Le*, CR 10-0238 PJH]
[Order Excluding Time]