BARRY J. PORTMAN
Federal Public Defender
JEROME E. MATTHEWS
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
510-637-3500 (phone)
510-637-3507 (fax)

Counsel for Defendant XANH DANG HO

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | No. CR 10 - 00238 PJH [DMR] |
| ) | |
| Plaintiff,   ) | **STIPULATION AND ORDER** |
| ) | **MODIFYING RELEASE CONDITIONS** |
| vs.                                                ) | **TO PERMIT OUT OF DISTRICT** |
| ) | **TRAVEL** |
| XANH DANG HO,                            ) | |
| ) | |
| Defendant.   ) | |
| _____) | |

     Defendant Xanh Dang Ho wishes to travel to Boston, Massachusetts to attend a family reunion during the Christmas holiday. Defense counsel has spoken with U.S. Pretrial Services Officer Carol Mendoza, and Ms. Mendoza has no objection to Mr. Ho's proposed travel provided that he first submit a copy of his itinerary and contact information for where he will be staying. Mr. Ho proposes leaving on December 24, 2010 and returning on or before January 1, 2011.

     It is therefore STIPULATED AND AGREED that Xanh Dang Ho's release conditions be modified to permit him to travel to Boston, Massachusetts at the times and for the purposes stated in the preceding paragraph. Mr. Ho shall continue to abide by his existing release conditions and such other conditions as Pretrial Services deems appropriate.

Dated: December 9, 2010

/s/
_____
CHRISTINA McCALL
Assistant United States Attorney

Dated: December 9, 2010

/s/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Good cause appearing therefor, IT IS ORDERED that Xanh Dang Ho's release conditions be modified to permit him to travel to Boston, Massachusetts at the times and for the purposes stated in the preceding stipulation, provided that he first submit to Pretrial Services a copy of his itinerary and contact information for where he will be staying continue.  Mr. Ho shall continue to abide by his existing release conditions and such other conditions as Pretrial Services deems appropriate.

Dated: December <u>10</u>, 2010

_____
DONNA M. RYU
United States Magistrate Judge